UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMAS RODRIGUEZ,<br><br>Defendant. | Case No. 21-mj-70366-MAG-1   (VKD)<br><br>**ORDER OF DETENTION FOR 30 DAYS** |

Defendant Tomas Rodriguez appeared before the Court on a pretrial violation notice on August 27, 2021. For the reasons discussed at the hearing, the Court orders Mr. Rodriguez detained for a period of 30 days until **September 26, 2021**.

Mr. Rodriguez must self-surrender to the U.S. Marshal at the Santa Rita Jail on **August 27, 2021 by 8:00 p.m.**

The Court will conduct a status conference on **September 17, 2021 at 1:00 p.m.**

**IT IS SO ORDERED.**

Dated: August 27, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge