GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 21-MJ-70366 MAG |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| TOMAS RODRIGUEZ, | **Hon. Virginia K. DeMarchi** |
| Defendant. | |

Defendant Tomas Rodriguez and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference set for September 17, 2021 may be continued to September 23, 2021. The reason for the continuance is that Mr. Rodriguez has mailed written materials to defense counsel that he would like her to share with the Court at the hearing and defense counsel has not yet received these materials.

//
//
//
//
//
//

IT IS SO STIPULATED.

Dated:  September 16, 2021					GEOFFREY A. HANSEN
							Acting Federal Public Defender
							_____/s/_____
							Tamara Crepet
							Assistant Federal Public Defender


Dated: September 16, 2021					STEPHANIE M. HINDS
							Acting United States Attorney
							_____/s/_____
							Jeffrey Backhus
							Assistant United States Attorney


### [~~PROPOSED~~] **ORDER**

Upon agreement and stipulation of the defendant Tomas Rodriguez, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Rodriguez's status conference be continued to September 23, 2021.

IT IS SO ORDERED.

DATED:  September 16, 2021     *Virginia K. DeMarchi*
							HONORABLE VIRGINIA K. DEMARCHI
							United States Magistrate Judge