GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant RODRIGUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>       v.<br><br>TOMAS RODRIGUEZ, JR.<br>              Defendant. | No. 5:21-mj-70366 MAG<br><br>STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME<br>**Hon. Donna M. Ryu** |

Defendant Tomas Rodriguez and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the preliminary hearing set for December 15, 2021 may be continued to February 24, 2022. The reason for the continuance is that the government is in the process of producing discovery, and Mr. Rodriguez will need time to review that discovery once it is produced. The parties also need additional time to discuss possible pre-indictment resolution of the case.

The parties additionally stipulate and agree that time shall be waived from December 15, 2021 to February 24, 2022, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (time for a speedy trial). The parties agree that this waiver of time is necessary for the production and review of discovery, and to discuss possible pre-indictment resolution of the case.

//

IT IS SO STIPULATED.

Dated:  December 14, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
_____/s/_____
Tamara Crepet
Assistant Federal Public Defender


Dated: December 14, 2021

STEPHANIE M. HINDS
Acting United States Attorney
_____/s/_____
Jeffrey Backhus
Assistant United States Attorney


### ORDER (AS MODIFIED)

Upon agreement and stipulation of the defendant Tomas Rodriguez, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Rodriguez's preliminary hearing be continued to February 24, 2022 **at 2:00 p.m.**

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that he has waived time from December 15, 2021 to February 24, 2022.

IT IS SO ORDERED AS MODIFIED.

Date:  December 14, 2021

IT IS SO ORDERED
AS MODIFIED

Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER (AS MODIFIED)
5:21-mj-70366 MAG